**SOUTHWESTERN BELL TELE-PHONE COMPANY (formerly known as Southwestern Bell Telephone, L.P.), Plaintiff–Appellee,**

v.

**ARTHUR A. COLLINS, INC., Defendant–Appellant.**

**Southwestern Bell Telephone Company (formerly known as Southwestern Bell Telephone, L.P.), Plaintiff–Appellant,**

v.

**Arthur A. Collins, Inc., Defendant–Appellee.**

**Nos. 2007–1577, 2008–1026.**

United States Court of Appeals, Federal Circuit.

Jan. 30, 2008.

*ORDER*

Southwestern Bell Telephone Company moves without opposition to voluntarily

dismiss its cross-appeal and for leave to file a corrected brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. Appeal 2008–1026 is dismissed.

(2) Each side shall bear its own costs related to 2008–1026.

(3) The revised official caption in 2007–1577 is reflected above.